## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RENEE NEWELL,

        Plaintiff,

v.                                              Case No. 12-CV-14928
                                           Honorable Denise Page Hood

WAYNE COUNTY, et al.,

        Defendants.

_____/

## <u>ORDER ADMINISTRATIVELY CLOSING CASE</u>

On August 7, 2015, the Wayne County Defendants filed a Notice indicating that Plaintiff Renee Newell ("Plaintiff") filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Michigan **[Docket No. 86]**. On August 10, Plaintiff filed a Notice indicating that Michael Stevenson, the Trustee in Bankruptcy for the Estate of Renee Newell, "intends to pursue this litigation just as did Renee Newell, and is not going to abandon this litigation" **[Docket No. 87]**. Pursuant to 11 U.S.C. § 541(a)(1) and 11 U.S.C. § 323(b), the Chapter 7 Trustee has the exclusive right to prosecute or abandon this suit. Presently, however, the Court has no notice from the Trustee regarding his decision to abandon or continue this case.

Accordingly,

**IT IS ORDERED** that the above-captioned case is **ADMINISTRATIVELY**

**CLOSED** pursuant to the bankruptcy stay, pending a motion or notice by the Trustee.

**IT IS SO ORDERED**.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  August 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of
record on August 27, 2015, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager